## GENERAL COURT, OCTOBER TERM, 1798.

### GORDEN *et al.* vs. HICKMAN's Administratrix.

APPEAL from Montgomery county court. It was an action of *assumpsit,* and the declaration contained one count, "for *sundry matters,* properly chargeable in an account, as by a particular account," &c. The defendant, the now appellee, pleaded *plene administravit.* At the trial the plaintiffs offered to read their *books of accounts,* containing the account against the defendant referred to in the declaration, and offered to read the *probates* by the agent of the plaintiffs, written in the said books, taken before and signed by *William Deakins, junior,* and *David Lynn,* stating that they were justices of the peace of Frederick county, which county at that time (1774 & 1775,) included what is now Montgomery county. It was admitted

the agent was alive and residing in Charles county; that the plaintiffs resided in Great-Britain. The probates were objected to unless evidence was produced to prove that the said *Deakins* and *Lynn* were at the time justices of the peace of Frederick county. The County Court was of opinion, that other evidence than the probates must be produced to prove that the said *Deakins* and *Lynn* at the time, &c. were justices of the peace, &c. The plaintiffs excepted, and the verdict being against them, they appealed to the general court.

THE GENERAL COURT *affirmed* the judgment of the County Court.

*Gantt*, for appellants.

*Mason*, for appellee.